Manhattan.] — 
 No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Required for the Widening of East 47th Street and Another Street and for Park Purposes. JOSEPH I. LUBIN et al., as Assignees of BERTHA LEVY, et al., Appellants.— No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

BANQUE DE SALONIQUE, Respondent, v. JULES FABRY et al., Appellants, et al., Defendants.— No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.; Callahan, J., dissents and votes to reverse and grant defendants' motion to declare service a nullity on the ground that there was no necessity for such second service.

BANQUE DE SALONIQUE, Respondent, v. JULES FABRY et al., Appellants, et al., Defendants.— No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.; Callahan, J., dissents and votes to reverse and grant defendants' motion to declare service a nullity on the ground that there was no necessity for such second service.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROGERS PEET COMPANY, Appellant-Respondent, against WILLIAM W. MILLS et al., as Tax Commissioners of the City of New York, Respondents-Appellants. [479–485 5th Ave., 1–7 E. 41st St., 14–16 E. 42nd St., Borough of Manhattan.] — No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Van Voorhis, JJ.

ARTHUR SILVERMAN, Respondent, v. INDEVCO, INC., Appellant.— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

JUDITH MORGAN, Respondent, v. J. GERSON SHAFF, Appellant.— Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ.

IRMA G. GLAZER, Appellant, v. LESTER GLAZER, Respondent.— No opinion. Present — Peck, P. J., Dore, Cohn, Van Voorhis and Shientag, JJ. [See post, p. 734.]